UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



-PS-O-

JOHN A. SEAGRAVE, 08B2458,

    Plaintiff,

-v-

**DECISION AND ORDER**
10-CV-6432L(P)

ROBERT KOCH,

    Defendant.

By Order dated August 3, 2010, plaintiff was directed to amend his complaint or it could be dismissed (Docket # 3). Plaintiff has failed to amend his complaint or otherwise respond to the Court. Plaintiff has failed to request an extension of time to respond to the Court's Order.

Pursuant to Rule 41.2 of the Local Rules of Civil Procedure, you are hereby ordered to show cause in writing before October 25, 2010 why this case should not be dismissed for failure to prosecute. **Failure to comply with this order will result in the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(b).**

IT IS SO ORDERED.

                                                 /s/ Richard J. Arcara
                                      HONORABLE RICHARD J. ARCARA
                                      DISTRICT COURT

Dated: Sept. 22, 2010